```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    SOUTHERN DIVISION
```

UNITED STATES OF AMERICA

V.                                         CRIMINAL NO. 1:06cr10KS-RHW

ROY ANTHONY HORNE, JR. a/k/a Man

## ORDER FINALIZING FORFEITURE

THIS MATTER is before the Court on motion of the United States of America [United States] for an order finalizing forfeiture regarding certain properties of the Defendant Roy Anthony Horne, Jr. (Ct. R., Doc. 18) The United States represents that, with respect to the need for a third-party ancillary proceeding as to the property forfeited by the Agreed Preliminary Order of Forfeiture [Ct. R., Doc. 15], the following property has been administratively forfeited with notice of the seizure and intent to forfeit having been published and sent to each party appearing to have an interest in the property through the administrative process and no one having filed an adequate claim to the property as provided by the notice. It is, therefore,

ORDERED that the following described personal property, be and is hereby forfeited:

            $5,000.00 in U.S. Currency

as previously ordered in the Agreed Preliminary Order of Forfeiture (Ct. R., Doc. 15) signed by Defendant Roy Anthony Horne and his attorney, entered by the Court on September 19, 2006. It is further,

ORDERED that the requirement of commencing or completing the ancillary proceeding as required by the Agreed Preliminary Order of Forfeiture is hereby canceled; the Agreed Preliminary Order is made a final order of forfeiture for all purposes; and the clerk is authorized to close the forfeiture segment of this case.  It is further,

ORDERED that the above property shall be disposed of by the appropriate federal agency in accordance with law and regulations.

SO ORDERED this the 23rd day of <u>April</u> 2007.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE